# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 22, 2020

## NO. 03-19-00285-CV

**Barbara Thompson, Appellant**

**v.**

**Noah Davis, Appellee**

### APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SHANNON
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment signed by the trial court on April 1, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.